Nos. 26-5660/5832

FILED
Oct 7, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LUCY [UNKNOWN], on behalf of themselves and all those similarly situated, et al.,

Plaintiffs - Appellants,

v.

JONATHAN THOMAS SKRMETTI, in his official capacity as the Tennessee Attorney General,

Defendants - Appellees.

O R D E R

In Case No. 26-5660, the plaintiffs appeal the dismissal of their action challenging Tennessee House Bill 1704. In Case No. 26-5832, the plaintiffs appeal the denial of their motion for a preliminary injunction. Case No. 26-5660 proceeds on an expedited schedule, and the plaintiffs have already filed their opening brief. The defendants now move in No. 26-5832 to consolidate the appeals for briefing and submission or, alternatively, to submit both appeals to the same panel for consideration on the same date. The plaintiffs purportedly do not oppose relief so long as it does not disrupt the expedited nature of No. 26-5660.

Upon review, the motion is GRANTED IN PART, insofar as the appeals will be consolidated for purposes of appellee briefing and submission. The appeals will continue to be submitted to the court at the earliest practicable date that the court's schedule permits. The decisions whether to conduct (and expedite) any argument and whether to expedite any decision are reserved to the ultimate merits panel.

The briefing schedule in No. 26-5660 is CANCELLED. The clerk will enter a new schedule with the following dates:

- The plaintiffs shall file their appellant brief in No. 26-5832 on or before October 23, 2026.
- The defendants shall file a consolidated appellee brief on or before November 13, 2026.
- The plaintiffs may file separate reply briefs or a consolidated reply brief on or before November 30, 2026.

**No extensions of time will be granted**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens

Kelly L. Stephens, Clerk